UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MICHAEL NEGERSMITH,                              :
                Plaintiff,                        :
                                          :
v.                                                 :
                                          :
UNITED STATES OF AMERICA,                         :
                Defendant.                        :
-----------------------------------------------------------x

**ORDER**

22 CV 10241 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/2/2024_

      Plaintiff's request to amend the motion schedule for his motion for leave to seek money damages in excess of the amount of the claim presented to the federal agency pursuant to 28 U.S.C. § 2675(b) (Doc. #39) is GRANTED.

      1.    By **October 14, 2024**, plaintiff shall file his motion for leave to seek money damages in excess of the amount of the claim presented to the federal agency pursuant to 28 U.S.C. § 2675(b).

      2.    By **November 14, 2024**, defendant shall file its response to plaintiff's motion.

      3.    By **November 21, 2024**, plaintiff shall file his reply or a letter indicating he will not be filing a reply.

      4.    Discovery deadlines continue to be stayed pending further order of the Court.

Dated: October 2, 2024
       White Plains, NY

                    SO ORDERED:

                    Vincent L. Briccetti
                    United States District Judge