USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MICHAEL NEGERSMITH,
               Plaintiff,

v.

UNITED STATES OF AMERICA,
               Defendant.
-----------------------------------------------------------x

**ORDER**

22 CV 10241 (VB)

      As discussed at a conference held today and attended by counsel for all parties, it is

HEREBY ORDERED:

      1.     By **June 30, 2026**, plaintiff shall file a letter regarding how he intends to proceed with remote testimony at trial.

      2.     By **July 31, 2026**, the parties shall submit a joint pretrial order, which shall comply with both Fed. R. Civ. P. 26(a)(3) and Paragraph 4.A of the Court's Individual Practices.

      3.     By **August 31, 2026**, the parties shall submit proposed findings of fact and conclusions of law, as well as any motions in limine.  Oppositions to motions in limine, if any, are due **September 14, 2026**.  No replies will be permitted absent prior Court approval.

      4.     A final pre-trial conference is scheduled for **September 30, 2026, at 10:00 a.m.**, to be held at the White Plains courthouse, Courtroom 620.

      5.     A bench trial is scheduled to begin on **October 5, 2026, at 9:30 a.m.**

Dated: May 27, 2026
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge